James H. Winship, as Administrator, etc., Respondent, v. The Prudential Insurance Company of America, Appellant.—Judgment and order affirmed, with costs. All concurred.

Francisicka Wesolowski, as Administratrix, etc., Respondent, v. Edward H. Butler, Individually and as Executor, etc., Appellant.—Judgment and order affirmed, with costs. All concurred.

In the Matter of the Application of William C. Miller, Appellant, for a Writ of Certiorari against Lawrence Shean, as Special Deputy Excise Commissioner for Oneida County, and William W. Farley as State Commissioner of Excise of the State of New York, Respondents.— Order affirmed, with costs. All concurred.

William H. Snyder, as Administrator, etc., Respondent, v. New York Central and Hudson River Railroad Company, Appellant.—Judgment and order affirmed, with costs. All concurred.

Vincent Pakulski, an Infant, etc., Respondent, v. New York Central and Hudson River Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Foote, J., who dissented upon the ground that the plaintiff was himself negligent as matter of law, since there was no emergency, invitation or urgent motive, to excuse his attempt to board defendant's moving train.

Frank E. Candee, Respondent, v. Masonic Protective Association, Appellant.— Judgment and order affirmed, with costs. All concurred.

Leonard Fanton, Respondent, v. Frank M. Elliott, Appellant.—Judgment affirmed, with costs. All concurred.

Meyer Rothschild, Appellant, v. Board of Education of the City of Rochester, Respondent.— Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, that for the purposes of the motion for judgment, the allegations of the complaint as to the corporate existence of defendant were controlling and such corporate existence must be presumed in the determination of the motion. All concurred, except Kruse, P. J., and Merrell, J., who dissented.

Nelson Van Antwerp, Respondent, v. O'Brien Construction Company, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

George Prowski, as Administrator, etc., Respondent, v. Erie Railroad Company, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.